**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Reorganized Debtors. | (Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, | |
| Plaintiff, | Adv. Proc. No. 24-01518 |
| v. | |
| ADAM GROULX, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 18th, 2024, I sent a copy of the following document via certified mail with return receipt requested:

1) Notice of Voluntary Dismissal.

A copy of the document was sent via certified mail with return receipt requested to the following address:

    Shannon O.C. Nelson, Esq.
    Law Offices of Shannon O.C. Nelson
    8484 Wilshire Blvd Ste 515
    Beverly Hills, CA 90211-3235

Dated: October 23rd, 2024
                                                     */s/ David Kitto*
                                                     David Kitto
                                                     Reliable Companies
                                                     1007 North Orange Street, Suite 110
                                                     Wilmington, DE 19801